## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>      Plaintiff, <br><br>                     v. <br><br> HAMILTON COSCO, INC. <br>      Defendant. | 1:20-mc-786 <br><br> (originally Civil Action No. 147-345) |

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.
The Clerk of Court is directed to terminate ECF No. 1 and close this case.  SO ORDERED.

Dated: December 22, 2020

Hon. Jesse M. Furman
United States District Court Judge
Southern District of New York